**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Hartford Fire Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-cv-8367 |
| v. | ) | |
| | ) | Judge April M. Perry |
| Chase Real Estate, LLC, Lori Mikosz, | ) | |
| Marcin Chojnacki, and Robert Rixer, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER**

Plaintiff's request for declaratory judgment is granted.

The Court enters judgment in favor of Plaintiff Hartford Fire Insurance Company and against Defendants Chase Real Estate LLC, Lori Mikosz, Marcin Chojnack, and Robert Rixer on Plaintiff's request for declaratory judgment.

The Court declares Plaintiff Hartford Fire Insurance Company has no duty to defend or indemnify Chase Real Estate LLC, Lori Mikosz, Marcin Chojnacki and Robert Rixer under policy number 83 OH 0387133-22 effective from May 15, 2022 to May 15, 2023 for the thirteen underlying federal lawsuits referenced in the Complaint based upon the financial interest exclusion and consumer protection law exclusion in the policy, as set forth in Counts I and IV of the Complaint.

This civil case is terminated as all pending claims have been resolved.

Dated: December 3, 2025

_____
APRIL M. PERRY
United States District Judge